THOMAS MC LAUGHLIN, INC., PLAINTIFF-RESPONDENT, v. ROCKY MARCIANO DEVELOPMENT CO., INC., DEFENDANT-RESPONDENT; GRAPHIC ARTS REALTY CORP., DEFENDANT-PETITIONER AND BANK OF COMMERCE, DEFENDANT.

*Mr. Harry Silverstein* and *Mr. Samuel A. Bloom* for the petitioner.

*Mr. Joseph Letcher* and *Mr. John W. Yengo* for the respondents.

November 26, 1969. Denied.

WILLIAM H. CROWE, JR., *ET AL.*, PLAINTIFFS-PETITIONERS, v. MAYOR AND COUNCIL OF THE TOWNSHIP OF SPARTA, DEFENDANT-RESPONDENT.

See same case below: 106 *N. J. Super.* 204.

*Messrs. Morris, Downing & Sherred* and *Mr. John R. Knox* for the petitioners.

*Messrs. Dolan & Dolan* and *Mr. Francis E. Bright* for the respondent.

November 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DONALD ANDERSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

November 26, 1969. Denied.